IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TIMOTHY JAMES BUTLER,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case Nos. CR-03-131-S-BLW<br>CV-06-520-S-BLW<br><br>ORDER GRANTING LIMITED WAIVER OF ATTORNEY-CLIENT PRIVILEGE AND TO STAY THE INSTANT PROCEEDINGS |

The Court, having considered the Motion of the United States Attorney requesting a limited waiver of the attorney-client privilege, insofar as necessary to permit the Government to inquire into specific allegations of ineffective assistance of counsel raised in Petitioner's § 2255 Petition.  The Government's motion is GRANTED.

Attorney R. Wade Curtis is directed to make himself available at a reasonable time and place to answer material questions regarding Petitioner's § 2255 Petition presented by the Assistant United States Attorney, and to produce an affidavit responding to Petitioner's allegations of ineffective assistance of counsel.

Further, if Mr. Curtis possesses any notes, letters, documents, or witness statements that are relevant to the allegations in Petitioner's Motion, he is directed to produce copies to the Assistant United States Attorney.

If there are disputes about the nature or scope of questions posed to Mr. Curtis, or the relevance of any notes or statements, the parties may return to the Court for further direction consistent with this Order.

The Court grants Government's motion to stay its December 28, 2006 Order requesting the Government respond within 30 days to Petitioner's motion under 28 U.S.C. § 2255, until it has had time to speak with counsel and/or review the attorney's affidavit. Such leave would permit the Government to meaningfully respond to the Petitioner's claims.

IT IS SO ORDERED.

DATED: **January 26, 2007**

Honorable B. Lynn Winmill
Chief U. S. District Judge